Kevin FAUNTLEROY, Plaintiff–Appellant,

v.

Ted HULL, Superintendent of NNRJ; Lynn Sudduth, now known as Lynn Marie Resler, Ms., Captian/Head of Medical; Carolyn Neal, Ms., LP/RN Head Nurse of Medical, Defendants–Appellees,

and

Department of Corrections; Ken Cuccinelli, VA Attorney General, Defendants.

No. 14–7000.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 18, 2014.

Decided Nov. 24, 2014.

Kevin Fauntleroy, Appellant Pro Se. Grant Edward Kronenberg, Morris & Morris, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Fauntleroy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fauntleroy v. Hull,* No. 3:11–cv–00858–JAG (E.D.Va. June 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*